UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.:

SHEMAE S. JOHNSON,

    Plaintiff,

v.

WEST ASSET MANAGEMENT, INC., and
MEDCLR, INC.,

    Defendants.

_____/

## COMPLAINT
## JURY DEMAND

1.    Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* ("FDCPA"), the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq.* ("FCCPA"), and the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq.* ("TCPA").

## JURISDICTION AND VENUE

2.    This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant, WEST ASSET MANAGEMENT, INC., placed telephone calls into this District on behalf of Defendant, MEDCLR, INC.

## PARTIES

3. Plaintiff, SHEMAE S. JOHNSON, is a natural person, and citizen of the State of Florida, residing in Palm Beach County, Florida.

4. Defendant, WEST ASSET MANAGEMENT, INC., ("WEST ASSET") is a corporation and citizen of the State of Nebraska with its principal place of business at 11808 Miracle Hills Drive, Omaha, Nebraska 68154.

5. Defendant, MEDCLR, INC., ("MEDCLR") is a corporation and a citizen of the State of Delaware with its principal place of business at Suite 800, 1201 Market Street, Wilmington, Delaware 19801.

## FACTUAL ALLEGATIONS

6. Defendants sought to collect from Plaintiff an alleged debt arising from an alleged debt incurred for Plaintiff's medical care.

7. After the alleged debt went into default, Defendant, MEDCLR, acquired the alleged debt from the original creditor or a subsequent holder.

8. Defendant, MEDCLR, assigned the debt for collection to Defendant, WEST ASSET, who in turn sought to collect the alleged debt from Plaintiff.

9. Defendant, WEST ASSET, regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

10. Defendant, MEDCLR, regularly uses the mail and telephone in a business, the principal purpose of which is the collection of debts.

11. Defendant, WEST ASSET, regularly collects or attempts to collect debts for other parties.

12. Defendant, WEST ASSET, is a "debt collector" as defined in the FDCPA.

13. Defendant, MEDCLR, is a "debt collector" as defined in the FDCPA.

14. At all times material to the allegations of this complaint, Defendant, WEST ASSET, was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

15. At all times material to the allegations of this complaint, Defendant, MEDCLR, was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

16. Defendant, MEDCLR, authorized Defendant, WEST ASSET, to collect the alleged debt from Plaintiff by placing telephone calls and sending letters on its behalf to Plaintiff.

17. Defendant, WEST ASSET, sent letters and placed telephone calls to Plaintiff in an effort to collect the alleged debt on behalf of MEDCLR.

18. By virtue of its status as a debt collector, MEDCLR, is vicariously liable to Plaintiff for WEST ASSET'S violations of the FDCPA. See *Pollice v. National Tax Funding, L.P.*, 225 F.3d 379, 405 (3d Cir. Pa. 2000); *McCorriston v.*

3

*L.W.T., Inc.*, 2008 U.S. Dist. LEXIS 60006, 11-12 (M.D. Fla. Aug. 7, 2008);

*Schutz v. Arrow Fin. Servs., LLC*, 465 F. Supp. 2d 872, 876 (N.D. Ill. 2006).

19.    Defendant, WEST ASSET, left the following telephone messages on Plaintiff's voice mail at her residence on or about the dates stated:

March 28, 2008 – Pre-Recorded Message
To interrupt this message and speak with a representative, please press the star key. This message is for Stephanie Craig. Please call me as soon as possible at 1-866-882-5878 in reference to account number 266544. Again please call me back at 1-866-882-5878 in reference to account number 266544. Thank you.

April 11, 2008 – Pre-Recorded Message
To interrupt this message and speak with a representative, please press the star key. This message is for Stephanie Craig. Please call me as soon as possible at 1-866-882-5878 in reference to account number 266544. Again please call me back at 1-866-882-5878 in reference to account number 266544. Thank you.

April 19, 2008 – Pre-Recorded Message
To interrupt this message and speak with a representative, please press the star key. This message is for Stephanie Craig. Please call me as soon as possible at 1-866-882-5878 in reference to account number 266544. Again please call me back at 1-866-882-5878 in reference to account number 266544. Thank you.

May 1, 2008 – Pre-Recorded Message
To interrupt this message and speak with a representative, please press the star key. This message is for Stephanie Craig. Please call me as soon as possible at 1-866-882-5878 in reference to account number 266544. Again please call me back at 1-866-882-5878 in reference to account number 266544. Thank you.

May 7, 2008 – Pre-Recorded Message
To interrupt this message and speak with a representative, please press the star key. This message is for Stephanie Craig. Please call me as soon as possible at 1-866-882-5878 in reference to account number 266544. Again

please call me back at 1-866-882-5878 in reference to account number 266544. Thank you.

April 22, 2009 – Pre-Recorded Message
Hello.  This call is from West Asset Management, a debt collector.  When you receive this message, please call us toll free at 866-882-5878.  We thank you for your prompt reply.  Once again, our number is 866-882-5878.

April 27, 2009 – Pre-Recorded Message
Hello this call is from West Asset Management, a debt collector.  When you receive this message, please call us toll free at 866-882-5878.  We thank you for your prompt reply.  Once again our number is 866-882-5878.

May 7, 2009 – Pre-Recorded Message
Hello this call is from West Asset Management, a debt collector.  When you receive this message, please call us toll free at 866-882-5878.  We thank you for your prompt reply.  Once again our number is 866-882-5878.

May 13, 2009 – Pre-Recorded Message
Hello this call is from West Asset Management, a debt collector.  When you receive this message, please call us toll free at 866-882-5878.  We thank you for your prompt reply.  Once again our number is 866-882-5878.

May 18, 2009 – Pre-Recorded Message
Hello.  This call is from West Asset Management, a debt collector.  When you receive this message, please call us toll free at 866-882-5878.  We thank you for your prompt reply.  Once again, our number is 866-882-5878.

May 21, 2009 – Pre-Recorded Message
Hello.  This call is from West Asset Management, a debt collector.   When you receive this message, please call us toll free at 866-882-5878.   We thank you for your prompt reply.  Once again, our number is 866-882-5878.

May 26, 2009 – Pre-Recorded Message
Hello this call is from West Asset Management, a debt collector.   When you receive this message, please call us toll free at 866-882-5878.   We thank you for your prompt reply.   Once again, our number is 866-882-5878.

May 29, 2009 – Pre-Recorded Message

Hello.  This call is from West Asset Management, a debt collector.   When you receive this message, please call us toll free at 866-882-5878.   We thank you for your prompt reply.   Once again, our number is 866-882-5878.

June 3, 2009 – Pre-recorded Message
Hello this call is from West Asset Management, a debt collector.   When you receive this message, please call us toll free at 866-882-5878.   We thank you for your prompt reply.   Once again, our number is 866-882-5878.

June 5, 2009 – Pre-Recorded Message
Hello.  This call is from West Asset Management, a debt collector.  When you receive this message, please call us toll free at 866-882-5878.  We thank you for your prompt reply.  Once again our number is 866-882-5878.

June 10, 2009 – Pre-Recorded Message
Hello.  This call is from West Asset Management, a debt collector.  When you receive this message, please call us toll free at 866-882-5878.  We thank you for your prompt reply.  Once again, our number is 866-882-5878.

June 17, 2009 – Pre-Recorded Message
Hello.  This call is from West Asset Management, a debt collector.  When you receive this message, please call us toll free at 866-882-5878.  We thank you for your prompt reply.  Once again, our number is 866-882-5878.

June 19, 2009 – Pre-Recorded Message
Hello.  This call is from West Asset Management, a debt collector.  When you receive this message, please call us toll free at 866-882-5878.  We thank you for your prompt reply.  Once again, our number is 866-882-5878.

June 23, 2009 – Pre-Recorded Message
Hello.  This call is from West Asset Management, a debt collector.  When you receive this message, please call us toll free at 866-882-5878.  We thank you for your prompt reply.  Once again, our number is 866-882-5878.

June 27, 2009 – Pre-Recorded Message
Hello.  This call is from West Asset Management, a debt collector.  When you receive this message, please call us toll free at 866-882-5878.  We thank you for your prompt reply.  Once again, our number is 866-882-5878.

July 2, 2009 – Pre-Recorded Message

Hello.  This call is from West Asset Management, a debt collector.  When you receive this message, please call us toll free at 866-882-5878.  We thank you for your prompt reply.  Once again, our number is 866-882-5878.

July 9, 2009 – Pre-Recorded Message
Hello.  This call is from West Asset Management, a debt collector.  When you receive this message, please call us toll free at 866-882-5878.  We thank you for your prompt reply.  Once again, our number is 866-882-5878.

July 18, 2009 – Pre-Recorded Message
Hello.  This call is from West Asset Management, a debt collector.  When you receive this message, please call us toll free at 866-882-5878.  We thank you for your prompt reply.  Once again, our number is 866-882-5878.

November 22, 2009 – Pre-Recorded Message
Hello.  This call is from West Asset Management, a debt collector.  When you receive this message, please call us toll free at 888-516-3287.  We thank you for your prompt reply.  Once again, our number is 888-516-3287.

November 25, 2009 – Pre-Recorded Message
This is West Asset Management, a debt collector.  This message is for Shemae Johnson.  Please call me as soon as possible at 1-866-882-5881 in reference to account number 9693190.  Again, please call me back at 1-866-882-5881 in reference to account number 9693190.  Thank you.

December 3, 2009 – Pre-Recorded Message
This is West Asset Management, a debt collector.  This message is for Shemae Johnson.  Please call me as soon as possible at 1-866-882-5881 in reference to account number 9693190.  Again, please call me back at 1-866-882-5881 in reference to account number 9693190.  Thank you.

December 4, 2009 – Pre-Recorded Message
This is West Asset Management, a debt collector.  This message is for Shemae Johnson.  Please call me as soon as possible at 1-866-882-5881 in reference to account number 9693190.  Again, please call me back at 1-866-882-5881 in reference to account number 9693190.  Thank you.

Between December 4 and January 4, 2010 – Pre-Recorded Message
This is West Asset Management, a debt collector.  This message is for Shemae Johnson.  Please call me as soon as possible at 1-866-882-5881 in

reference to account number 9693190.  Again, please call me back at 1-866-882-5881 in reference to account number 9693190.  Thank you.

December 7, 2009 – Pre-Recorded Message
This is West Asset Management, a debt collector.  This message is for Shemae Johnson.  Please call me as soon as possible at 1-866-882-5881 in reference to account number 9693190.  Again, please call me back at 1-866-882-5881 in reference to account number 9693190.  Thank you.

December 10, 2009 – Pre-Recorded Message
Hello.  This call is from West Asset Management, a debt collector.  When you receive this message, please call us toll free at 888-516-3287.  We thank you for your prompt reply.  Once again, our number is 888-516-3287.

December 14, 2009 – Pre-Recorded Message
Hello.  This call is from West Asset Management, a debt collector.  When you receive this message, please call us toll free at 888-516-3287.  We thank you for your prompt reply.  Once again, our number is 888-516-3287.

December 16, 2009 – Pre-Recorded Message
Hello.  This call is from West Asset Management, a debt collector.  When you receive this message, please call us toll free at 888-516-3287.  We thank you for your prompt reply.  Once again, our number is 888-516-3287.

December 18, 2009 – Pre-Recorded Message
Hello.  This call is from West Asset Management, a debt collector.  When you receive this message, please call us toll free at 888-516-3287.  We thank you for your prompt reply.  Once again, our number is 888-516-3287.

December 21, 2009 – Pre-Recorded Message
Hello.  This call is from West Asset Management, a debt collector.  When you receive this message, please call us toll free at 888-516-3287.  We thank you for your prompt reply.  Once again, our number is 888-516-3287.

January 8, 2010 – Pre-Recorded Message
Hello.  This call is from West Asset Management, a debt collector.  When you receive this message, please call us toll free at 888-516-3287.  We thank you for your prompt reply.  Once again, our number is 888-516-3287.

January 13, 2010 – Pre-Recorded Message
Hello.  This call is from West Asset Management, a debt collector.  When you receive this message, please call us toll free at 888-516-3287.  We thank you for your prompt reply.  Once again, our number is 888-516-3287.

January 19, 2010 – Pre-Recorded Message
Hello.  This call is from West Asset Management, a debt collector.  When you receive this message, please call us toll free at 888-516-3287.  We thank you for your prompt reply.  Once again, our number is 888-516-3287.

January 25, 2010 – Pre-Recorded Message
Hello.  This call is from West Asset Management, a debt collector.  When you receive this message, please call us toll free at 888-516-3287.  We thank you for your prompt reply.  Once again, our number is 888-516-3287.

January 27, 2010 – Pre-Recorded Message
Hello.  This call is from West Asset Management, a debt collector.  When you receive this message, please call us toll free at 888-516-3287.  We thank you for your prompt reply.  Once again, our number is 888-516-3287.

February 2, 2010 – Pre-Recorded Message
Hello.  This call is from West Asset Management, a debt collector.  When you receive this message, please call us toll free at 888-516-3287.  We thank you for your prompt reply.  Once again, our number is 888-516-3287.

20. Defendant left similar or identical messages on other occasions.

(Collectively, "the telephone messages").

21. The messages are "communications" as defined by 15 U.S.C. §1692a(2). See *Berg v. Merchs. Ass'n Collection Div*., Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

22. Some of the messages appear to be seeking to collect a debt from Stephanie Craig.

23. Plaintiff is not liable for the debt of Stephanie Craig, does not know her, nor does Ms. Craig reside at Plaintiff's home.

24. Defendant used a pre-recorded or artificial voice to place telephone calls to Plaintiff's home telephone for Stephanie Craig.

25. Plaintiff did not expressly consent to Defendant's placement of telephone calls to her home telephone for Stephanie Craig by the use of a pre-recorded or artificial voice prior to Defendant's placement of the calls.

26. None of Defendant's telephone calls placed to Plaintiff for Stephanie Craig were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

27. Defendant willfully or knowingly violated the TCPA.

## COUNT I
## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

28. Plaintiff incorporates Paragraphs 1 through 27.

29. Defendant, WEST ASSET, failed to disclose in some of the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See *Foti v. NCO Fin. Sys.*, 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and *Belin v. Litton Loan Servicing*, 2006 U.S. Dist. LEXIS 47953 (M. D. Fla. 2006) and *Leyse v. Corporate Collection Servs.*, 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants for:

    a. Damages;

      b.      Attorney's fees, litigation expenses and costs of suit; and

      c.      Such other or further relief as the Court deems proper.

## COUNT II
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

30. Plaintiff incorporates Paragraphs 1 through 27.

31. Defendant, WEST ASSET, placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose its name that it is a debt collector and the purpose of its communication in the telephone messages in violation of 15 U.S.C §1692d(6). See *Valencia v The Affiliated Group, Inc.*, Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23, 2008); *Wright v. Credit Bureau of Georgia, Inc.*, 548 F. Supp. 591, 593 (D. Ga. 1982); and *Hosseinzadeh v. M.R.S. Assocs.,* 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants for:

      a.      Damages;

      b.      Attorney's fees, litigation expenses and costs of suit; and

      c.      Such other or further relief as the Court deems proper.

## COUNT III
## TELEPHONIC HARASSMENT AND ABUSE BY EXCESSIVE CALLING

32. Plaintiff incorporates Paragraphs 1 through 27.

33. Defendant, WEST ASSET, caused Plaintiff's telephone to ring repeatedly or continuously with the intent to annoy, abuse or harass in violation of 15 U.S.C §1692d(5). See *Sanchez v. Client Servs.*, 520 F. Supp. 2d 1149, 1160-1161 (N.D. Cal. 2007).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT IV
## ILLEGAL COLLECTION TECHNIQUES IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

34. Plaintiff incorporates Paragraphs 1 through 27.

35. Defendant, WEST ASSET, asserted the right to collect a debt by leaving telephone messages for Plaintiff without disclosing that WEST ASSET is a debt collector, or the purpose of its communications, when WEST ASSET knew it did not have a legal right to use such collection techniques in violation of Fla. Stat. §559.72(9).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit;

    c.    declaring that Defendants' practices violate the FCCPA;

    d.    permanently injoining Defendants from engaging in the complained of practices; and

    e.    Such other or further relief as the Court deems proper.

## COUNT V
## HARASSMENT IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

36. Plaintiff incorporates Paragraphs 1 through 27.

37. By failing to disclose its name, that it is a debt collector and the purpose of its communication, and by telephoning Plaintiff with such frequency as can be reasonably be expected to harass, WEST ASSET willfully engaged in conduct the natural consequence of which is to harass in violation of Fla. Stat. §559.72(7).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit;

    c.    declaring that Defendants' practices violate the FCCPA;

    d.    permanently injoining Defendants from engaging in the complained of practices; and

  e. Such other or further relief as the Court deems proper.

## COUNT VI
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

38. Plaintiff incorporates Paragraphs 1 through 27.

39. Defendant placed non-emergency telephone calls to Plaintiff's home telephone for Stephanie Craig using a pre-recorded or artificial voice without Plaintiff's prior express consent in violation of 47 U.S.C § 227 (b)(1)(B).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

  a. Damages;

  b. a declaration that Defendant's calls violate the TCPA;

  c. a permanent injunction prohibiting Defendant from placing non-emergency calls to the cellular telephone of any person using an automatic telephone dialing system or pre-recorded or artificial voice without the prior express consent of the called party; and

  d. Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

        DONALD A. YARBROUGH, ESQ.
        Attorney for Plaintiff
        Post Office Box 11842
        Ft. Lauderdale, FL 33339
        Telephone: 954-537-2000

                    Facsimile: 954-566-2235
                    donyarbrough@mindspring.com


        By: s/ Donald A. Yarbrough
            Donald A. Yarbrough, Esq.
            Florida Bar No. 0158658