UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-80592-Civ-Ryskamp/Vitunac

SHEMAE S. JOHNSON,

    Plaintiff,

v.

WEST ASSET MANAGEMENT, INC.
AND MEDCLR, INC.,

    Defendant.
_____/

### ORDER CLOSING CASE

THIS CAUSE is before the Court upon the parties Stipulation for Joint Dismissal with Prejudice filed February 21, 2011 **[DE 15]**. The Court has been advised that all claims and causes of action between or among the parties have been amicably resolved, it is hereby,

ORDERED AND ADJUDGED that the above-captioned case is DISMISSED WITH PREJUDICE with each party to bear its own costs and fees except as otherwise agreed by the parties. All pending motions are denied as moot. The Clerk shall CLOSE THIS CASE.

DONE AND ORDERED in the Southern District of Florida this 22nd day of February, 2011.

                                          S/Kenneth L. Ryskamp
                                          KENNETH L. RYSKAMP
                                          UNITED STATES DISTRICT JUDGE